403 P.2d 920

**Lynn TEEPLES, Plaintiff and Appellant,**

**v.**

**Don CHOQUETTE, Defendant and Respondent.**

**Judge Mel Humpherys, Garnishee.**

**No. 10324.**

Supreme Court of Utah.

July 13, 1965.

Galen Ross, Salt Lake City, for appellant.

Phil L. Hansen, Atty. Gen., Ronald N. Boyce, Chief Asst. Atty. Gen., Salt Lake City, for respondent.

CALLISTER, Justice.

Defendant, Don Choquette, was arrested for a traffic violation, appeared before Justice of the Peace, Mel Humpherys, and deposited $500 cash in lieu of bail. He was subsequently fined $50 and the remaining $450 returned to him.

While the Justice of the Peace was still holding the $500, and four days prior to

---

1. See Bell v. Gray-Robinson Construction Co., 265 Wis. 652, 62 N.W.2d 390 (1954).

28

the imposition of the fine, plaintiff caused to be served upon Humpherys a writ of garnishment. The lower court denied plaintiff's motion for a garnishee judgment against Humpherys, and he appeals.

At the time of the service of the writ of garnishment the liability for the return of the bail or any part thereof[1] was not absolute. The $500 was serving the purpose of cash bail, was in custodia legis, and incapable of being reached by garnishment.[2]

Affirmed. No costs awarded.

HENRIOD, C. J., and McDONOUGH, CROCKETT, and WADE, JJ., concur.

